UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE: PAUL PETERY,                  :
        Plaintiff.           :      No. 5:25-cv-0116
                             :
                             :
_____

## O R D E R

**AND NOW,** this 25th day of April, 2025, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

    1.    The Amended Complaint is **DISMISSED without prejudice** for lack of subject matter jurisdiction;

    2.    **On or before May 27, 2025**, Plaintiff may file a second amended complaint in accordance with the Opinion issued this date. If Plaintiff fails to file a second amended complaint, leave to Amend will not be extended;

    3.    The Clerk is directed to terminate the gavel on the "Motion to Show Cause," *see* ECF No. 11.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge